# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1196
Lower Tribunal No. 2006-CF-17378-O

_____

RONNIE CUMMINGS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Orange County.
Vincent S. Chiu, Judge.

November 25, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and GANNAM, JJ., concur.


Ronnie Cummings, Milton, pro se.

James Uthmeier, Attorney General, Tallahassee, and Tabitha Mills, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED